Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−27153
Chapter: 7
Judge: Jack B. Schmetterer

In Re:
   Lisa A Johnson
   17210 Olcott Ave
   Tinley Park, IL 60477

Social Security No.:
   xxx−xx−0535

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

   219 South Dearborn, Courtroom 682, Chicago, IL 60604

   on November 8, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

   FOR THE COURT

Dated: October 15, 2018                        Jeffrey P. Allsteadt , Clerk
                                                 United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Lisa A Johnson
17210 Olcott Ave
Tinley Park, IL 60477
SSN: xxx−xx−0535 EIN: N.A.

Case No. :  18−27153
Chapter :  7
Judge :  Jack B. Schmetterer

**FINAL NOTICE OF DEFICIENCY AND**
**HEARING ON DISMISSAL OF CASE**

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 15, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-27153-JBS
Lisa A Johnson                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cpatterso           Page 1 of 1              Date Rcvd: Oct 15, 2018
                              Form ID: ntchrgRq         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
27113299       +BSI Financial Services,    1425 Greenway Dr. Ste. 400,    Irving, TX 75038-2480
27113301        JC Penney Credit Services Center,    PO Box 533,    Dallas, TX 75221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/PDF: eljae63@gmail.com Oct 16 2018 01:40:07     Lisa A Johnson,   17210 Olcott Ave,
                 Tinley Park, IL 60477-2638
27113298        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2018 01:40:41      Kohl's Credit,
                 PO Box 3043,   Milwaukee, WI 53201-3043
27122100       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2018 01:45:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27113300       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 16 2018 01:40:31
                 Verizon Wireless,   500 Technology Dr. Ste. 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2018 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
                                                                                                TOTAL: 2